

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   AUGUST 28, 2025   \*
BROOKLYN OFFICE

August 26, 2025

25-CR-270
Judge Nina R. Morrison

**MEMORANDUM
TO BRENNA MAHONEY
CLERK OF THE COURT
EASTERN DISTRICT OF NEW YORK**

RE: DRILLMAN, Boruch
Docket #: 23-01053-001
<u>Request for Acceptance of Transfer of
Jurisdiction and Judicial Officer Reassignment</u>

Reference is made to Boruch Drillman (Drillman) who was sentenced on June 23, 2025, by the Honorable Robert A. Kirsh, United States District Judge, in the District of New Jersey (DNJ), to five (5) years' probation and a $100 special assessment fee. The following special conditions were also imposed: 1) Substance abuse treatment; 2) Full financial disclosure; 3) Mental health treatment; 4) No new debt or credit; 5) Self-employment restrictions; and 6) The defendant must participate and complete any educational, vocational, cognitive, or any other enrichment programs offered by the U.S. Probation Office or any outside agency or establishment while under supervision. A fine in the amount of $250,000 was also ordered.

On August 25, 2025, United States District Judge Kirsh signed an order transferring jurisdiction to the Eastern District of New York (EDNY), based on Drillman's residency and ties in Brooklyn, New York. The Probation Department respectfully requests that this case be docketed and assigned to a U.S. District Judge in the EDNY. Attached, please find two copies of Probation Form 22, Transfer of Jurisdiction, signed by United States District Judge Kirsch.

Our office respectfully requests that it be reassigned to a Judicial Officer in the Brooklyn Courthouse due to Drillman's residence in Brooklyn, New York.

2

Should you have any questions or require additional information, please contact the undersigned officer at (347)–519–7724.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____*Sabrina J. Gargano*_____  APPROVED BY: _____
Sabrina Gargano                                  Dwight Brown
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Email: Sabrina_gargano@nyep.uscourts.gov
Telephone: (347) 519-7724