LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

MATTHEW COHAN

PH: (212) 581-1001

FX: (212) 581-4999

September 30, 2025

**BY ECF**
Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **United States v. Boruch Drillman, 23 CR 1053 (RK) (JBD)**
       **United States v. Boruch Drillman, 25 CR 0270 (NRM)**

Dear Judge Morrison:

I am writing on behalf of defendant Boruch Drillman to respectfully request a modification of Mr. Drillman's terms of probation which would permit him to travel to Jerusalem, Israel from October 4 through October 20, 2025. Both the government, by AUSA Martha Nye, and Probation, by USPO Sabrina Gargano, have no objection to this application. If approved, Mr. Drillman would provide a detailed itinerary of his trip to Probation. Additionally, Mr. Drillman would need to retrieve his passport from Pretrial Services in New Jersey 24-48 hours prior thereto, and return it within the same time frame at the trip's conclusion.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    All counsel (by ECF)
       USPO Sabrina Gargano (by email)

SO ORDERED:

_____
HON.  NINA R. MORRISON, U.S.D.J.