UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                          :

UNITED STATES OF AMERICA,

                                                    :       **NOTICE OF APPEARANCE**

        -against-

                                                    :       25-CR-00270-NRM

BORUCH DRILLMAN,

                                                    :

                Defendant.

                                                    :
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Jeffrey Einhorn, Esq., Law Offices of Jeffrey Lichtman, 441 Lexington Avenue, Suite 504, New York, New York 10017 appears on behalf of defendant BORUCH DRILLMAN in the above-captioned case.

Dated:      New York, New York
              October 1, 2025

                                                                  _____
                                                                   **JEFFREY EINHORN, ESQ.**
                                                                   **LAW OFFICES OF JEFFREY LICHTMAN**
                                                                   441 Lexington Avenue, Suite 504
                                                                   New York, New York 10017
                                                                   Ph:  (212) 581-1001
                                                                   Fx: (212) 581-4999
                                                                   E: einhorn@jeffreylichtman.com